IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-10835-SDB |
| MARY ANN JORDAN, | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL

NOW COMES Debtor in the above-styled case, Mary Ann Jordan, by and through counsel, and move this Court for an Order approving employment of special counsel as her representative in claims regarding her residence, and as grounds therefore would show as follows:

1. Debtor's Chapter 13 proceeding was filed on October 24, 2023.
2. Debtor owns real property located at 1047 Foxberry Drive, Wrens, GA 30833.
3. Prior to the initiation of this current bankruptcy proceeding, Debtor filed suit against John C. Weaver Homebuilders, Inc. and John C. Weaver ("Defendants") in the Superior Court of Richmond County (Case No. 2023RCCV00348).
4. Among other things, Debtor alleges that Defendants performed negligent construction work at the Property.
5. The undersigned and all other agents of Cleary, West & Huff, LLP are disinterested parties in the underlying Chapter 13 Bankruptcy matter as illustrated in the sworn affidavit attached as Exhibit "A".
6. The undersigned has represented clients in matters similar to Debtor's and has the expertise to completely represent Debtor and the Bankruptcy Estate.

This 4th day of December, 2023.

/s/ Nathan E. Huff
Nathan E. Huff
Ga. Bar No. 773611
nhuff@cwhllp.com

Cleary, West & Huff, LLP
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995