IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23-10835-SDB |
| MARY ANN JORDAN, ) | |
| ) | |
| Debtor. ) | |

## ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL

The Motion to Approve Employment of Special Counsel coming before this Court for hearing, and after hearing the evidence as presented, the Court finds that Debtor is in need of an attorney for her claims as outlined in said motion;

NOW THEREFORE IT IS HEREBY ORDERED that Nathan E. Huff of Cleary, West & Huff, LLP is approved as counsel for Debtor and the Bankruptcy Estate for said claim.

IT IS FURTHER ORDERED that counsel shall make application to the Court for approval of any settlement or for fees in this action.

**[END OF DOCUMENT]**

Presented by:
/s/ Nathan E. Huff
Nathan E. Huff
Attorney for Debtor
Ga. Bar No. 773611
nhuff@cwhllp.com
1223 George C. Wilson Dr.
Augusta, GA 30909
(706) 860-9995