**IT IS ORDERED as set forth below:**



**Date: January 24, 2024**

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

_____

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Mary Ann Jordan,**<br>      Debtor. | Case No.:  23−10835−SDB<br>Judge:   Susan D. Barrett<br>Chapter:   13 |

## *ORDER APPOINTING SPECIAL COUNSEL*

The Application of Debtor for appointment of *Nathan E. Huff* as Special Counsel for the Debtor having been considered and it appearing to the Court that the employment of *Nathan E. Huff* is necessary and beneficial to this estate,

It further appearing that the Special Counsel has no adverse interest to those of this estate, and that the employment is proper,

IT IS THEREFORE ORDERED that Debtor is authorized to employ the services of *Nathan E. Huff* as Special Counsel for the Debtor subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Special Counsel will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

*[END OF DOCUMENT]*

B−04e [12−23]